**Order entered July 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00461-CV

**GERARDO BOTELLO AND DOMITILA SAUCEDO, Appellants**

**V.**

**MIDFIRST BANK, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-10723**

## ORDER

Before the Court is appellants' unopposed motion to extend time to file their brief. We

**GRANT** the motion and **ORDER** the brief received July 9, 2019 filed as of the date of this

order.

/s/    ERIN A. NOWELL
       JUSTICE